UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>123COMPUTE, a California corporation; 9191-6924 QUEBEC INC., a foreign corporation dba 123COMPUTE; 9196-1409 QUEBEC INC., a foreign corporation dba 123COMPUTE; ROBERT DAVID, an individual; and JORDAN ROSENZWEIG, an individual,<br><br>Defendants. | Case No. 10-cv-03437-AHM (FMOx)<br><br>ORDER RE STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS |

Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS ORDERED that Defendants 123Compute, a California corporation; 9191-6924 Quebec Inc., a foreign corporation dba 123Compute, 9196-1409 Quebec Inc., a foreign corporation dba 123Compute, Robert David, an individual, and Jordan Rosenzweig (collectively "Defendants"), along with their agents, servants, employees, representatives, successors and assigns, and all those persons or entities

41826-5315/LEGAL21525562.1                    -1-

acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULAs"), Certificate of Authenticity ("COAs") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

(1) 1,200,236 ("MICROSOFT");

(2) 1,256,083 ("MICROSOFT");

(3) 1,872,264 ("WINDOWS");

(4) 2,744,843 (COLORED FLAG DESIGN);

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Number: TX 5-407-055 ("Windows XP Professional"); or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any

1 software, component, EULA, COA, item or thing not authorized or licensed by
2 Microsoft;

3     (d)    using any false designation of origin or false description which
4 can or is likely to lead the trade or public or individuals erroneously to believe that
5 any software, component, EULA, COA, item, or thing has been manufactured,
6 produced, distributed, offered for distribution, advertised, promoted, displayed,
7 licensed, sponsored, approved, or authorized by or for Microsoft, when such is not
8 true in fact;

9     (e)    using the names, logos, or other variations thereof any of
10 Microsoft's copyright and/or trademark-protected software programs in any of
11 Defendants' trade or corporate names;

12     (f)    engaging in any other activity constituting an illegal distribution
13 of any Microsoft software, component, EULA, COA, item, or thing and/or
14 constituting an infringement of any of Microsoft's trademarks, service mark and/or
15 copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks,
16 service mark, and/or copyrights, or constituting any dilution of Microsoft's name,
17 reputation, or goodwill; and

18     (g)    assisting, aiding, or abetting any other person or business entity
19 in engaging in or performing any of the activities referred to in paragraphs (a)
20 through (f) above.

22 IT IS SO ORDERED.

24 Dated: August 15, 2011

                                                 HON. HOWARD A. MATZ
                                                 United States District Court Judge